**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>HONDA MOTOR COMPANY, LTD.; AMERICAN HONDA MOTOR COMPANY, INC.; AMERICAN HONDA FINANCE CORP.; HONDA OF AMERICA MANUFACTURING, INC.; HONDA MANUFACTURING OF ALABAMA, LLC; and HONDA MANUFACTURING OF INDIANA, LLC,<br><br>*Defendants*. | C.A. No. 2:21-cv-390<br><br>**JURY TRIAL DEMANDED** |

**ANSWER TO COUNTERCLAIMS**

Plaintiffs and Counter-Defendants, Intellectual Ventures I LLC, and Intellectual Ventures II LLC (together "IV"), by and through its counsel of record, hereby submits its Answer in response to the allegations set forth in the Defendants Toyota Motor Corporation ("TMC"), Toyota Motor North America, Inc. ("TMNA"), Toyota Motor Engineering & Manufacturing North America, Inc. ("TEMA"), and Toyota Motor Sales, U.S.A, Inc. ("TMS"), (collectively, "Toyota") Counterclaims (Dkt. 17) ("Counterclaims") as follows:

**GENERAL DENIAL**

1. Unless specifically admitted below, IV denies each and every allegation in the Counterclaims. IV denies the allegations of paragraph 1.

**NATURE OF THE ACTION**

2. IV denies the allegations of paragraph 2.

## THE PARTIES

3. IV admits to the allegations of paragraph 3 on information and belief.

4. IV states that Intellectual Ventures I LLC ("IV I") is a Delaware limited liability companies with a principal place of business located at 3150 139th Avenue SE, Bellevue, Washington 98005. Except as expressly admitted, IV denies the remaining allegations of paragraph 4.

5. IV states that Intellectual Ventures II LLC ("IV II") is a Delaware limited liability companies with a principal place of business located at 3150 139th Avenue SE, Bellevue, Washington 98005. Except as expressly admitted, IV denies the remaining allegations of paragraph 5.

6. IV admits that it alleges it is the owner of all rights, title, and interest in and to the U.S. Patent No. 6,832,283 (the "'283 Patent"), U.S. Patent No. 7,484,008 (the "'008 Patent"), U.S. Patent No. 9,291,475 (the "'475 Patent"), U.S. Patent No. 7,382,771 (the "'771 Patent"), U.S. Patent No. 9,232,158 (the "'158 Patent"), U.S. Patent No. 9,681,466 (the "'466 Patent"), U.S. Patent No. 10,292,138 (the "'138 Patent"), U.S. Patent No. 8,953,641 (the "'641 Patent"), U.S. Patent No. 8,811,356 (the "'356 Patent"), U.S. Patent No. 7,684,318 (the "'318 Patent"), and U.S. Patent No. 9,602,608 (the "'608 Patent") (collectively, the "Patents-in-Suit"). Except as expressly admitted, IV denies the remaining allegations of paragraph 6.

## JURISDICTION AND VENUE

7. IV admits that the Counterclaims purport to arise under the patent laws of the United States. IV admits that this Court has subject matter jurisdiction over the Counterclaims. Except as expressly admitted, IV denies the allegations of paragraph 7.

8. IV admits that venue is proper in this District. Except as expressly admitted, IV denies the remaining allegations of paragraph 8.

9. IV admits that it is subject to personal jurisdiction in this Court. Except as expressly admitted, IV denies the remaining allegations of paragraph 9.

## BACKGROUND

10. IV admits that it alleges IV I is the owner of all rights, title, and interest in and to the ’008 and ’318 Patents. IV admits that it alleges that IV II is the owner of all rights, title, and interest in and to the ’283, ’475, ’771, ’158, ’466, ’138, ’641, ’356, and ’608 Patents. Except as expressly admitted, IV denies the remaining allegations of paragraph 10.

## FIRST COUNTERCLAIM

## (DECLARATION OF INVALIDITY OF U.S. PATENT NOS. ’283, ’008, ’475, ’771, ’158, ’466, ’138, ’641, ’356, ’318, ’608)

11. IV restates and incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein. Except as expressly admitted, IV denies the allegations of paragraph 11.

12. IV admits that a justiciable controversy exists between IV and Toyota. Except as expressly admitted, IV denies the remaining allegations of paragraph 12.

13. IV denies the allegations of paragraph 13.

14. IV denies the allegations of paragraph 14.

## SECOND COUNTERCLAIM

## (INEQUITABLE CONDUCT)

15. IV restates and incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein. Except as expressly admitted, IV denies the allegations of paragraph 15.

16. IV denies the allegations of paragraph 16.

17. IV admits that a justiciable controversy exists between IV and Toyota. Except as expressly admitted, IV denies the remaining allegations of paragraph 17.

18. IV denies the allegations of paragraph 18.

19. IV denies the allegations of paragraph 19.

20. IV denies the allegations of paragraph 20.

## JURY DEMAND

IV demands a jury trial on all issues raised by Toyota's Counterclaims.

## PRAYER FOR RELIEF

IV hereby incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein. IV denies that Toyota is entitled to the relief requested in paragraphs A-F of its Prayer for Relief and denies the allegations therein.

Dated: February 22, 2022

RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Allen F. Gardner
Texas Bar No. 24043679
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Tel: (903) 944-7537
Fax: (903) 944-7856
Allen@allengardnerlaw.com

**Attorneys for Plaintiffs**
**INTELLECTUAL VENTURES I LLC, and**
**INTELLECTUAL VENTURES II LLC**

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via the Court's CM/ECF system, to all counsel of record, on this 22nd day of February, 2022.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop