IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>　　Plaintiffs,<br><br>v.<br><br>HONDA MOTOR CO., LTD., et al.,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§  Case No. 2:21-cv-390-JRG-RSP<br>§  (LEAD CASE)<br>§<br>§<br>§ |

### AGREED MOTION TO AMEND DOCKET CONTROL ORDER

COME NOW Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Engineering and Manufacturing North America, Inc. and Toyota Motor Sales U.S.A. Inc., (collectively, "Toyota" or "Defendants") and file this agreed motion to amend the Court's Docket Control Order (Dkt. #64), requesting the Court extend the deadlines to comply with Local Patent Rule 4-2 as set forth in the table below. The Parties agree to the proposed extension, which does not modify any deadlines requiring good cause.

| Current Dates | Modified Dates | Events |
|---|---|---|
| October 11, 2022 | October 25, 2022 | Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) |

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By: /s/ *Michael C. Smith*
　　　　　　　　　　　　　　　　　　　**Michael C. Smith**
　　　　　　　　　　　　　　　　　　　**Scheef & Stone, LLP – Marshall**
　　　　　　　　　　　　　　　　　　　113 East Austin Street
　　　　　　　　　　　　　　　　　　　Marshall, TX 75670
　　　　　　　　　　　　　　　　　　　Telephone: 903-938-8900
　　　　　　　　　　　　　　　　　　　michael.smith@solidcounsel.com

　　　　　　　　　　　　　　　　　　　James R. Barney (pro hac vice)

1

Luke J. McCammon (pro hac vice)
Aidan C. Skoyles (pro hac vice)
Karthik Kumar (pro hac vice)
james.barney@finnegan.com
luke.mccammon@finnegan.com
aidan.skoyles@finnegan.com
karthik.kumar@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

**ATTORNEYS FOR DEFENDANTS TOYOTA MOTOR CORP, INC., TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. and TOYOTA MOTOR SALES, U.S.A., INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 7, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>   */s/ Michael C. Smith*
>   Michael C. Smith